UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FIRST CHURCH OF THE NAZARENE OF
NEWTON, KANSAS,

        Plaintiff,

v.                              Case No. 21-1104-DDC

BROTHERHOOD MUTUAL INSURANCE
COMPANY, et al.,

        Defendants.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 43) to amend the scheduling order filed on June 8, 2021 (ECF No. 19), and modified on October 6, 2021 (ECF No. 34).   For good cause shown, the motion is granted and the scheduling order is amended as follows:

a.     All discovery shall be commenced or served in time to be completed by **May 6, 2022.**

b.     Disclosures and reports from defendant's retained experts are due by **February 11, 2022.**  Disclosures and reports by any rebuttal experts are due by **March 11, 2022**.

c.     The final pretrial conference is rescheduled from March 17, 2022, to **May 23, 2022, at 11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.   No later than **May 13, 2022**, defendant shall submit the parties' proposed

pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.   It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

d.      The deadline for filing all other potentially dispositive motions is now **June 10, 2022.**

e.      At the direction of the presiding U.S. District Judge, the case is re-set for trial on a trial calendar that will begin on **February 7, 2023, at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect.   The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated December 1, 2021, at Kansas City, Kansas.

  s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2