UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FIRST CHURCH OF THE NAZARENE OF
NEWTON, KANSAS,

      Plaintiff,

v.                                            Case No. 21-1104-DDC

BROTHERHOOD MUTUAL INSURANCE
COMPANY, et al.,

      Defendants.

## THIRD AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 60) to amend the scheduling order filed on June 8, 2021 (ECF No. 19), and modified on October 6, 2021 (ECF No. 34) AND December 1, 2021 (ECF No. 44).  For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **July 8, 2022.**

    b.    Disclosures and reports from defendant's retained experts are due by **April 8, 2022.**  Disclosures and reports by any rebuttal experts are due by **May 9, 2022**.

    c.    The final pretrial conference is rescheduled from May 23, 2022, to **July 25, 2022, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  No later than **July 15, 2022**, defendant shall submit the parties' proposed pretrial

order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

    d.    The deadline for filing all other potentially dispositive motions is now **August 10, 2022.**

    e.    At the direction of the presiding U.S. District Judge, the case is re-set for trial on a trial calendar that will begin on **April 4, 2023, at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 21, 2022, at Kansas City, Kansas.

                            s/ James P. O'Hara
                            James P. O'Hara
                            U.S. Magistrate Judge